IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMBERLY JOHNSON.,

      Plaintiff,

v.                                 CASE NO.: 4:10cv247-SPM/WCS

GT TECHNOLOGIES I, INC., d/b/a
PRECISION ENGINE PRODUCTS CORP.,
d/b/a GT TECHNOLIGIES,

      Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties'

stipulation of dismissal (doc. 11) and Federal Rule of Civil Procedure

41(a)(1)(A)(ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 24th day of September, 2010.


            _s/ Stephan P. Mickle_____
            Stephan P. Mickle
            Chief United States District Judge